DOCKET NO. 420

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE OHIO RIVER DISASTER LITIGATION

TRANSFER ORDER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 28 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

The Panel having ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Southern District of Ohio under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

IT IS ORDERED that the actions listed on the attached Schedule A and pending in the Western District of Kentucky be, and the same hereby are, transferred pursuant to Section 1407 to the Southern District of Ohio and, with the consent of that court, assigned to the Honorable David S. Porter for coordinated or consolidated pretrial proceedings with the three actions already pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

DOCKET NO. 420

Schedule A

Western District of Kentucky
Marine Welding Service, Inc. v. B-R River Services, Inc., et al., C.A. No. C-78-0034-L(J)
Flowers Transportation, Inc. v. B-R River Services, Inc., et al., C.A. No. C-78-0052-L(J)
Union Mechling Corporation v. B-R River Services, Inc., et al., C.A. No. C-78-0120-L(J)
American Commercial Barge Lines v. B-R River Services, Inc., C.A. No. C-78-0133-L(J)
In the Matter of the Petition of B-R River Services, Inc., a corporation, as owner of the M/V Bill Edwards, for Exoneration from or Limitation of Liability, C.A. No. C-78-0217-L(J)

Southern District of Ohio
In the Matter of the Complaint of Walker Towing Corporation, a corporation for Exoneration from or Limitation of Liability, C.A. No. C-1-79-208
In the Matter of the Complaint of Midland Enterprises, Inc. Orgulf Transport Company, and the Ohio River Company, owners of the M/V Harlee Branch, for Exoneration or Limitation of Liability, C.A. No. C-1-78-75
Union Mechling Corporation v. United States of America and U.S. Army Corps of Engineers, C.A. No. C-1-80-28